B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Ricky Ricido Reid / Ebony Essence Reid**  Case No. _____
                                    Debtor(s)    Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Bk Of Amer | **Describe Property Securing Debt:** <br> Debtors' residence <br> 8776 Woodside <br> Oak Park, MI 48237 <br> Debtors intend to surrender this property |
|---|---|

Property will be (check one):
 ■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Chase Manhattan Mortgage | **Describe Property Securing Debt:** <br> 14119 Houston-Whittier <br> Detroit, MI 48205 <br> Debtor husband holds this property jointly with his ex-wife. It was not dealt with in their divorce because the house caught fire during the divorce proceedings and the parties wrote it off as a t |
|---|---|

Property will be (check one):
 ■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

---

### Property No. 3

| **Creditor's Name:**<br>**Santander Consumer Usa** | **Describe Property Securing Debt:**<br>**2005 Chevy Silverado, 150k miles. Needs some paint.** |
|---|---|

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain __Retain and Continue to Pay__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt        ■ Not claimed as exempt

### Property No. 4

| **Creditor's Name:**<br>**Seterus Inc** | **Describe Property Securing Debt:**<br>**14115 Houston-Whitter**<br>**Detroit, MI 48205**<br>**Debtor husband holds this property jointly with his ex-wife. It was not dealt with in their divorce because the house caught fire during the divorce proceedings and the parties wrote it off as a to** |
|---|---|

Property will be (check one):
   ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wayne County Treasurer Wojtowicz** | **Describe Property Securing Debt:**<br>**14573 Ilene**<br>**Detroit, MI 48238**<br>**Debtor husband intended to sell this property recently for $3000, but the buyer backed out.  There are likely unpaid taxes on this property; debtor husband intends to allow the property to go to a tax sale.** |

Property will be (check one):
   ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Wayne County Treasurer Wojtowicz** | **Describe Property Securing Debt:**<br>**14119 Houston-Whittier**<br>**Detroit, MI 48205**<br>**Debtor husband holds this property jointly with his ex-wife. It was not dealt with in their divorce because the house caught fire during the divorce proceedings and the parties wrote it off as a t** |

Property will be (check one):
   ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Wayne County Treasurer Wojtowicz** | **Describe Property Securing Debt:**<br>**14115 Houston-Whitter**<br>**Detroit, MI 48205**<br>**Debtor husband holds this property jointly with his ex-wife. It was not dealt with in their divorce because the house caught fire during the divorce proceedings and the parties wrote it off as a to** |

Property will be (check one):
 ■ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt  ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Ally Financial** | **Describe Leased Property:**<br>**Acct# 045918156618**<br>**Opened 10/01/11**<br>**Lease**<br>**Buick LaCross** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES  ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **February 5, 2013**      Signature **/s/ Ricky Ricido Reid**
                                         **Ricky Ricido Reid**
                                         Debtor

Date **February 5, 2013**      Signature **/s/ Ebony Essence Reid**
                                         **Ebony Essence Reid**
                                         Joint Debtor